UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  Case No. 91-81110-01
                                       HONORABLE GEORGE CARAM STEEH

LAWRENCE OZEL LITTLE,

    Defendant.
_____/

ORDER DENYING MOTION CAPTIONED
"POST CONVICTION REHABILITATION"

    Petitioner seeks a reduction in his prison sentence imposed in 1990 by this court.

Because this court lacks jurisdiction to re-visit the sentence imposed in 1990, this motion

is DENIED.

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

Dated: November 14, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on November 14, 2005, by electronic and/or ordinary mail.

                                          s/Josephine Chaffee
                                          Secretary/Deputy Clerk