UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

                                              Case No. 91-CV-81110

vs.

                                              HON. GEORGE CARAM STEEH

LAWRENCE OZEL LITTLE,

          Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION TO SET ASIDE VOID JUDGMENT
(DOCUMENT # 119)

Defendant Lawrence Ozel Little has filed another *pro se* motion, entitled "Motion to Set Aside Void Judgment Lack of Subject Matter Jurisdiction Pursuant to Federal Rule Civil Procedure Rule 60(b)(4) (sic)" asserting, essentially, that the court was without subject matter jurisdiction to enter its 1992 judgment of conviction in the case.

Defendant's motion is without merit and is hereby DENIED.

IT IS SO ORDERED.

Dated: November 21, 2006

                                              S/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 21, 2006, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy